Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

**By ECF**  July 3, 2024
Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**MEMO ENDORSED**

Re:  *United States v. Rafael Rivera*, No. 24 Cr. 200 (ER)

Your Honor:

With the consent of the government, I write to respectfully request a thirty-day adjournment of the pretrial conference scheduled for July 10, 2024. We received discovery on May 7, 2024, and are still reviewing it and discussing it with Mr. Rivera. We are also discussing possible pretrial resolutions and possible pretrial motions. Counsel intends to continue those discussions about a pretrial resolution with the government. I understand from chambers that the Court is available from Tuesday, August 13 through Thursday, August 15, in the afternoons. Accordingly, Mr. Rivera respectfully requests an adjournment to one of those dates.

The government has no objection to this application. I have no objection to the exclusion of time from July 10 through the week of August 12, 2024, on the basis that it will serve the ends of justice and outweigh the interests of the public and the defendant in a speedy trial in that the adjournment will give counsel an opportunity to review Rule 16 discovery and enable the parties to continue negotiating a possible pretrial disposition. The Court's consideration is appreciated.

Respectfully submitted,

Ezra Spilke

cc:  All counsel of record, by ECF

---

The July 10 pretrial conference is adjourned to August 14, 2024, at 3:30 p.m.  Speedy trial time is excluded from July 10, 2024, until August 14, 2024, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated:  7/8/2024
New York, New York