

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

26 Federal Plaza
New York, New York 10278

January 6, 2025

**BY ECF**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**MEMO ENDORSED**

Re:   *United States v. Rivera*, 24 Cr. 200 (ER)

Dear Judge Ramos:

The Court scheduled a hearing on the defendant's pending motion to suppress for January 29, 2025. The Government respectfully requests an adjournment of the hearing because a key Government witness is unavailable that day. The Government has conferred with defense counsel who consents to an adjournment to the week of March 31, 2025, or thereafter.

The Government respectfully requests that the time between today and the forthcoming hearing be excluded pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Government submits that the ends of justice served by granting the proposed exclusion outweigh the best interests of the public and the defendant in a speedy trial, as the proposed exclusion will allow the parties time to discuss the possibility of a pretrial resolution of this case. Defense counsel has informed the Government that he consents to this request.

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By: _____
Amanda C. Weingarten
Adam Sowlati
Assistant United States Attorneys
Southern District of New York
(212) 637-2257
Amanda.Weingarten@usdoj.gov

The hearing scheduled for January 29, 2025, is adjourned to April 2, 2025, at 10 a.m. Speedy' trial time is excluded from January 29, 2025, until April 2, 2025, in the interest of justice.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 1/7/2024
New York, New York

cc (by ECF):  Ezra Spilke, Esq.