# Law Offices of Ezra Spilke

**MEMO ENDORSED**

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

<u>Via ECF</u>

March 24, 2025

Hon. Edgardo Ramos
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Rafael Rivera*, No. 24 Cr. 200 (ER)

Your Honor:

      With the consent of the government, I respectfully write to request an adjournment of the suppression hearing scheduled for April 2, 2025. The reason for this request is that there is a status conference set in a multi-defendant, death-eligible case in *United States v. Jamaul Aziz et al.*, 24 Cr. 380 (E.D.N.Y.), with some counsel traveling from out of state to attend. I also have trial starting April 7 before Judge Oetken and a suppression hearing before Judge Engelmayer on April 3.

      The witnesses and counsel are available any time from May 12 to 16 and May 19 to 21. I have conferred with counsel for the government who has no objection to this request. The Court's consideration is appreciated.

Respectfully submitted,

Ezra Spilke

cc:   All counsel of record, by ECF

---

The suppression hearing scheduled for April 2 is adjourned to May 14, 2025, at 10 a.m. SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 3/25/2025
New York, New York